# Exhibit 2

| | |
|---|---|
| **From:** | Hanewicz, Christopher G. (Perkins Coie) |
| **To:** | Lukas Jr., James J. (Shld-Chi-IP-Tech); Dufresne, Andrew (Perkins Coie) |
| **Cc:** | Bina, Gabrielle E. (Perkins Coie); Carreyn, Rodger (Perkins Coie); Levinstein, Matthew J. (Shld-Chi-IP-Tech); Sand, Callie (Assoc-CHI-IP-Tech); Gilford, Benjamin P. (Assoc-Chi-IP-Tech) |
| **Subject:** | RE: Riddell v. Schutt, Drake deposition transcript |
| **Date:** | Thursday, May 31, 2018 9:27:32 AM |

Thanks James. We confirm that we have been operating under the protective order in case no. 16cv4496 and that it will continue to do so until a separate protective order is entered in case no. 17cv6802.

We will review your draft promptly when you send it.

**Christopher G. Hanewicz | Perkins Coie LLP**
**PARTNER**
One East Main Street Suite 201
Madison, WI 53703-5118
D. +1.608.663.7468
F. +1.608.283.4468
E. CHanewicz@perkinscoie.com

**From:** lukasj@gtlaw.com [mailto:lukasj@gtlaw.com]
**Sent:** Thursday, May 31, 2018 8:00 AM
**To:** Dufresne, Andrew (MSN)
**Cc:** Hanewicz, Christopher G. (MSN) ; Bina, Gabrielle E. (MSN) ; Carreyn, Rodger (MSN) ; levinsteinm@gtlaw.com; sandc@gtlaw.com; gilfordb@gtlaw.com
**Subject:** Re: Riddell v. Schutt, Drake deposition transcript

Andy-For case no. 17cv6802, Schutt represents that it has been operating under the protective order in case no. 16cv4496 and that it will continue to do so until a separate protective order is entered in case no. 17cv6802.

With additional email document productions and depositions upcoming, please confirm the same on behalf of Riddell.

We will get you a word version of the protective order the parties stipulated to in case no. 16cv4496–modified for the new case-shortly.

Thanks,
James

**James J. Lukas, Jr.**
Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
Tel 312.456.1038 | Fax 312.899.0388 |
lukasj@gtlaw.com | www.gtlaw.com

On May 24, 2018, at 11:04 AM, Dufresne, Andrew (Perkins Coie) <ADufresne@perkinscoie.com> wrote:

> James,
> Regarding the protective order, it has been our understanding that both parties have been operating in case number 17-cv-6802 under the protective order that was agreed and entered in case number 16-cv-04496. Is that also your understanding?
> So we can get something in the formal record for the 17-cv-6802 case, can you please send us a proposed protective order for that case based on the agreed protective order that was entered in the 16-cv-04496 matter? That way we can get one officially

entered and avoid any inconsistencies.
Thanks,
Andy

**Andrew Dufresne, Ph.D. | Perkins Coie LLP**
**COUNSEL**
1 East Main Street Suite 201
Madison, WI 53700-5118
D. +1.608.663.7492
E. ADufresne@perkinscoie.com

**From:** lukasj@gtlaw.com [mailto:lukasj@gtlaw.com]
**Sent:** Thursday, May 24, 2018 10:37 AM
**To:** Dufresne, Andrew (MSN) <ADufresne@perkinscoie.com>
**Subject:** RE: Riddell v. Schutt, Drake deposition transcript

Andy,
Will do. Also, we recently realized that the Court never entered a protective order in the second case. So, we may want to submit the same protective order or make some other type of agreement. Please talk to your team and let me know your thoughts.
Thanks,
James

**James J. Lukas, Jr.**
Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
Tel 312.456.1038 | Fax 312.899.0388 |
lukasj@gtlaw.com | www.gtlaw.com

**From:** Dufresne, Andrew (Perkins Coie) [mailto:ADufresne@perkinscoie.com]
**Sent:** Thursday, May 24, 2018 10:22 AM
**To:** Lukas Jr., James J. (Shld-Chi-IP-Tech)
**Subject:** Riddell v. Schutt, Drake deposition transcript

Hi James,
I understand that the Drake deposition was taken under the terms of a protective order, and the transcript has been marked confidential as a result. It's not immediately apparent to me, however, that the transcript actually contains any confidential information. Could you please let me know whether you would have any objection to the transcript being filed publicly?
Thanks,
Andy

**Andrew Dufresne, Ph.D. | Perkins Coie LLP**
**COUNSEL**
1 East Main Street Suite 201
Madison, WI 53700-5118
D. +1.608.663.7492
E. ADufresne@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not

use or disseminate such information.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.