# Exhibit 3



# Professional Biography



## RODGER CARREYN  |  PARTNER

| MADISON | LOS ANGELES |
|---|---|
| 33 East Main Street, Suite 201 | 1888 Century Park East, Suite 1700 |
| Madison, WI 53703-3095 | Los Angeles, CA 90067-1721 |
| +1.608.294.4011 | +1.310.788.3225 |
| RCarreyn@perkinscoie.com | RCarreyn@perkinscoie.com |

Rodger Carreyn is a partner in the Madison and Los Angeles offices of Perkins Coie LLP. He counsels companies on a variety of intellectual property matters including the establishment, development, and maintenance of U.S. and foreign patent portfolios. He also analyzes third-party patents for validity and infringement concerns, and performs intellectual property due diligence related to patent licensing and mergers and acquisitions.

Rodger has significant experience litigating patents before federal courts and the International Trade Commission. He has successfully represented both patent holders and accused infringers in a variety of high-stakes cases. He has also successfully defended patent holders in *Inter Partes* Review and reexamination proceedings before the USPTO.

Rodger has experience in several technological areas including mechanical engineering, medical devices, semiconductors, electrical engineering, software, Internet, X-ray imaging and optics. He has particularly extensive experience working with LED, UAV and sporting goods companies.

## PROFESSIONAL RECOGNITION

- Named a Southern California "Rising Star" by *Super Lawyers*, 2012 - 2014

## PROFESSIONAL LEADERSHIP

- Dane County Bar Association
- Western District of Wisconsin Bar Association

## RELATED EMPLOYMENT

- Lyon & Lyon LLP, Los Angeles, CA, Summer Associate, 1999; Associate, 2000 - 2002
- Harness, Dickey & Pierce, PLC, Troy/Ann Arbor, MI, Summer Associate, 1998

## EXPERIENCE

### INTELLECTUAL PROPERTY

**INTELLECTUAL PROPERTY MATTERS FOR EASTON DIAMOND SPORTS, LLC.**
Handles a variety of intellectual property issues for sporting goods company including patent prosecution, freedom to operate, licensing, and patent litigation matters.

**INTELLECTUAL PROPERTY MATTERS FOR ELECTRONIC THEATRE CONTROLS, INC**
Handles a variety of intellectual property and licensing issues for international manufacturer of professional entertainment systems, rigging systems, and architectural lighting.

**INTELLECTUAL PROPERTY MATTERS FOR SWIFT ENGINEERING, INC.**
Handles a variety of intellectual property issues for design, engineering, and manufacturing company including patent prosecution and freedom to operate matters.

**INTELLECTUAL PROPERTY MATTERS FOR KEEPER SPORTS PRODUCTS, LLC**
Handles a variety of intellectual property issues for sporting goods company including patent prosecution and freedom to operate matters.

## PATENT/INTELLECTUAL PROPERTY LITIGATION

**RIDDELL INC. V. SCHUTT SPORTS INC.**
Obtained a $30 million verdict for Riddell in a patent infringement case directed to concussion reduction technology in football helmets.

**BERN UNLIMITED INC. V. THE BURTON CORPORATION, ET AL.**
Obtained summary judgment on behalf of BRG Sports that Bern has not acquired trade-dress protection for its snow and bike helmets.

**CREE, INC. V. KINGBRIGHT CORPORATION**
U.S. District Court for the Western District of Wisconsin
Successfully represented Cree in the enforcement of patents relating to LED technology.

**CREE, INC. V. HARVATEK CORPORATION**
U.S. District Court for the Western District of Wisconsin
Successfully represented Cree in the enforcement of patents relating to LED technology.

**ILLUMINATION MANAGEMENT SOLUTIONS INC. V. RUUD LIGHTING INC., ET AL. (STADTMUELLER, J.)**
Defended Ruud Lighting Inc. in a patent infringement case related to LED lighting products. Successfully obtained summary judgment ruling of non-infringement.

**RUUD LIGHTING INC. V. COOPER LIGHTING, LLC**
Successfully represented Ruud Lighting Inc. in a patent infringement case related to LED lighting products.

**RIDDELL INC. V. RAWLINGS SPORTING GOODS, INC.**
U.S. District Court for the Northern District of Illinois
Successfully represented Riddell in a patent infringement case involving patents directed to football helmet and shoulder pad technology.

**EASTON BASEBALL/SOFTBALL, INC. V. WILSON SPORTING GOODS COMPANY & WILSON SPORTING GOODS COMPANY V. EASTON BASEBALL/SOFTBALL, INC.**
U.S. District Court for the Central District of California
U.S. District Court for the Northern District of Illinois
Successfully represented Easton Sports in patent infringement case, involving claims and counterclaims, directed to baseball bat technology.

**BAUER HOCKEY INC. V. EASTON SPORTS INC.**
Successfully represented Easton Sports in a patent infringement case, involving claims and counterclaims, directed to hockey stick technology.

**WARRIOR SPORTS INC. V. EASTON-BELL SPORTS INC.**
Successfully defended Easton-Bell Sports in a patent infringement case directed to hockey glove technology.

**BERN UNLIMITED INC. V. EASTON-BELL SPORTS INC.**
Successfully defended Easton-Bells Sports in a patent infringement case directed to bike-helmet technology. The suit was dismissed before an answer was filed.

**EVERYTHING BASEBALL LIMITED, LLC V. WILSON SPORTING GOODS COMPANY, ET AL.**
Successfully defended Easton Sports in a patent infringement case directed to chest protector technology.

**MACHA IP, LLC V. A&R ALLIED ENTERPRISE INC., ET AL.**
Successfully defended Easton-Bell Sports in a patent infringement case directed to hockey stick bag technology.

**IN RE CERTAIN GROUND FAULT CIRCUIT INTERRUPTERS**
Represented respondent in Section 337 action for patent infringement regarding ground fault circuit interrupters. USITC Pub. No. 4146, Investigation No. 337-TA-615 (Oct. 2011)

**CHERDAK V. EASTON-BELL SPORTS INC.**
Successfully defended Easton-Bell Sports in a patent false marking claim relating to Knee-Saver products.

**ILLUMINATION MANAGEMENT SOLUTIONS INC. V. RUUD LIGHTING INC., ET AL. (RANDA, J.)**
Successfully defended Ruud Lighting Inc. and two of its officers in a breach of fiduciary duty/related claims and trade secret case. The Court granted Ruud's motion to dismiss the breach of fiduciary duty and related claims.

## NEWS

07.27.2018

***Perkins Coie Lawyers Mentioned in Law360 - Riddell Scores On Most Claims In Helmet Patent Row***
General News
Perkins Coie lawyers mentioned in "Riddell Scores On Most Claims In Helmet Patent Row," a Law360 article regarding Riddell's win on several claims against competitor for patent infringement.

10.15.2015

***Perkins Coie Represents Performance Sports Group in Acquisition of License From Q30 Sports of Patent and Technology Assets***
Press Releases
Perkins Coie represented Performance Sports Group Ltd., a leading developer and manufacturer of high performance sports equipment, in its acquisition of an exclusive perpetual, worldwide license from Q30 Sports, LLC, a research and development company dedicated to finding innovative solutions to the growing problem of Traumatic Brain Injury.

## AREAS OF FOCUS

### PRACTICES

- Intellectual Property Law
- Patent Prosecution & Portfolio Counseling
- Patent Litigation
- ITC Litigation
- Post-Grant Proceedings
- Inter Partes Review (IPR)
- Covered Business Method Review (CBM)
- Reexaminations & Reissues

### INDUSTRIES

- Professional Sports
- Medical Device
- Semiconductor
- Unmanned Vehicle Systems

## BAR AND COURT ADMISSIONS

- Wisconsin
- California
- U.S. Patent and Trademark Office
- U.S. Court of Appeals for the Federal Circuit
- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Western District of Wisconsin
- U.S. District Court for the Eastern District of Wisconsin
- U.S. District Court for the Northern District of Illinois

## EDUCATION

- The University of Michigan Law School, J.D., 2000
- University of Michigan, B.S., Civil and Environmental Engineering, *cum laude*, 1997

© 2019 Perkins Coie LLP