# Exhibit 5

| Examiner-Initiated Interview Summary | Application No. 15/139,536 | Applicant(s) DUROCHER et al. | | | |
|---|---|---|---|---|---|
| | Examiner CAMERON A CARTER | Art Unit 3732 | AIA (First Inventor to File) Status No | Page 1 of 1 | |

All participants (applicant, applicants representative, PTO personnel):

1. CAMERON A CARTER (Examiner); Telephonic
2. Roger Carreyn (Attorney of Record); Telephonic

Date of Interview: 19 December 2018

Claims Discussed: 1

**Amendment proposed:** Examiner indicated that if "at a top portion of the shell" was placed after "aperture" on line 34 of claim 23, then the Application would be in condition for allowance.

**Brief Description of the main topic(s) of discussion:** Examiner contacted Applicant in order to discuss a possible amendment to place the Application in condition for allowance.

---

### Issues Discussed:

**Proposed Amendments:**
Examiner indicated that amending Claim 23, section b) part v) to read "...when the actuator is moved toward the released position it moves out of the aperture at a top portion of the shell to enable the elongated band to move with relation to the backing member" would place the Application in condition for allowance.

| /CAMERON A CARTER/ Examiner, Art Unit 3732 | /CLINTON T OSTRUP/ Supervisory Patent Examiner, Art Unit 3732 |
|---|---|

Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicants responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04
Please further see:
MPEP 713.04
Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)
37 CFR § 1.2 Business to be transacted in writing

U.S. Patent and Trademark Office
PTOL-413/413b (Rev. 01/01/2015)     Interview Summary     Paper No. 20181219

**Applicant recordation instructions:** It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.