# Exhibit 8

| | |
|---|---|
| **From:** | Hanewicz, Christopher G. (Perkins Coie) |
| **To:** | Lukas Jr., James J. (Shld-Chi-IP-Tech); Harris, Richard (Shld-Chi-IP); Silverman, Howard (Shld-Chi-IP-Tech) |
| **Cc:** | Carreyn, Rodger (Perkins Coie); Bina, Gabrielle E. (Perkins Coie) |
| **Subject:** | RE: Riddell v. Schutt: Expert Disclosure |
| **Date:** | Thursday, November 17, 2016 11:11:52 AM |

James, we can confirm that Mr. Schewchenko has reviewed the protective order and will abide by it, including the prosecution bar. While we do not agree that there is any actual concern about Mr. Schewchenko's potential misuse of Schutt information, we are nonetheless willing to agree that Mr. Schewchenko will not review Schutt's Highly Confidential financial costs and sales information.

**Christopher G. Hanewicz** | **Perkins Coie LLP**
PARTNER
One East Main Street Suite 201
Madison, WI 53703-5118
D. +1.608.663.7468
F. +1.608.283.4468
E. CHanewicz@perkinscoie.com

**From:** lukasj@gtlaw.com [mailto:lukasj@gtlaw.com]
**Sent:** Wednesday, November 16, 2016 12:24 PM
**To:** Hanewicz, Christopher G. (MSN); harrisr@gtlaw.com; SilvermanH@gtlaw.com
**Cc:** Carreyn, Rodger (MSN); Bina, Gabrielle E. (MSN)
**Subject:** RE: Riddell v. Schutt: Expert Disclosure

Dear Chris,

Schutt does not object to Riddell's disclosure of Mr. Schewchenko as a technical expert in this matter provided Riddell confirms that: (1) Mr. Schewchenko has been provided with a copy of the protective order and that Mr. Schewchenko represents that he agrees to abide by the prosecution bar; and (2) Riddell's attorneys will not provide Mr. Schewchenko with any of Schutt's financial costs and sales information that Schutt has designated Highly Confidential-Riddell's Outside Attorneys' Eyes Only.

As you are aware, Mr. Schewchenko is the president of Biokinetics and Assocs., Ltd., the same entity that Riddell hired to assist in the design, development, manufacture, and sale of Riddell's football helmets, and whose employees are named inventors on two of the patents-in-suit. Given the close relationship between Mr. Schewchenko's company and Riddell and because Mr. Schewchenko should have no reason to view Schutt's financial documents, we believe the above-listed caveats are required to be consistent with the specific provisions and the intent of the protective order.

Very truly yours,

James

**James J. Lukas, Jr.**
Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
Tel 312.456.1038 | Fax 312.899.0388 |
lukasj@gtlaw.com | www.gtlaw.com

**From:** Hanewicz, Christopher G. (Perkins Coie) [mailto:CHanewicz@perkinscoie.com]
**Sent:** Friday, November 11, 2016 1:58 PM
**To:** Harris, Richard (Shld-Chi-IP); Lukas Jr., James J. (Shld-Chi-IP-Tech); Silverman, Howard (Shld-Chi-IP-Tech)
**Cc:** Carreyn, Rodger (Perkins Coie); Bina, Gabrielle E. (Perkins Coie)
**Subject:** Riddell v. Schutt: Expert Disclosure

Pursuant to Section 4(d) of the Joint Protective Order, Riddell, Inc. hereby discloses Nicholas Shewchenko as an expert in this matter. Attached is a signed copy of "Appendix 1" to the Protective Order as well as a copy of Mr. Shewchenko's CV. Please let me know if you have any questions.

**Christopher G. Hanewicz** | **Perkins Coie LLP**
**PARTNER**
One East Main Street Suite 201
Madison, WI 53703-5118
D. +1.608.663.7468
F. +1.608.283.4468
E. CHanewicz@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.