# Exhibit 10

### Patent eBusiness
- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

### Patent Information
Patent Guidance and General Info (http://www.uspto.gov/patents/index.jsp)
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

### Patent Searches
Patent Official Gazette (http://www.uspto.gov/news/og/patent_og/index.jsp)
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

### Other
Copyrights (http://www.uspto.gov/main/profiles/copyright.htm)
Trademarks (http://www.uspto.gov/trademarks/index.jsp)
Policy & Law (http://www.uspto.gov/main/policy.htm)
Reports (http://www.uspto.gov/main/checkstatus.htm)

## Patent Application Information Retrieval

Order Certified Application As Filed | Order Certified File Wrapper | View Order List

| 15/268,127 | ADJUSTABLE HOCKEY HELMET | 127069-8001.US03 | (/pair/PAIRPrintServlet) |

[ Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | **Address & Attorney/Agent** | Assignments | Display References ]

### Correspondence Address

| Name: | PERKINS COIE LLP - LOS General |
|---|---|
| Address: | POST OFFICE BOX 1247<br>SEATTLE WA 98111-1247 |
| Customer Number: | 34055 |

### Attorney/Agent Information

| Reg # | Name | Phone |
|---|---|---|
| 75330 | Abernathy, Cassandra | 813-335-4542 |
| 73038 | Ahuja, Sumedha | 202-654-6348 |
| 43312 | Ai, Bing | 858-720-5707 |
| 72434 | Allbee, Dannon | 206-359-3198 |
| 60621 | Araiza, Alberto | 650-838-4300 |
| 47392 | Arnett, Stephen | 206-264-6351 |
| 72217 | Asphahani, Fareid | 858-720-5700 |
| 72190 | Assefa, Marcus | 650-838-4498 |
| 53964 | Baltazar, David | 202-654-6200 |
| 39602 | Becker, Jordan | 650-838-4300 |
| 75050 | Beigelmacher, Steven | 206-359-8000 |
| 43498 | Betcher, Susan | 206-359-6088 |
| 38829 | Bishop, Stephen | 206-359-3129 |
| 68636 | Bombach, Miguel | 858-720-5700 |
| 55020 | Brairton, Scott | 303-291-2300 |
| 65152 | Brookman, Stephen | 602-351-8058 |
| 72167 | Canavera, Kyle | 858-720-5782 |
| 65839 | Carmody, Sarah | 269-569-2697 |
| 57830 | Carpenter, John | 303-291-2300 |
| 50774 | Carreyn, Rodger | 310-788-3225 |
| 70467 | Chen, Fang | 858-720-5708 |
| 75350 | Chen, Han-Wei | 650-838-4303 |
| 75862 | Cheon, Seyoung | 858-720-5751 |
| 39145 | Coleman, Brian | 650-838-4441 |
| 76130 | Cox, Tyler | 206-359-3401 |
| 34807 | Daley-Watson, Christopher | 206-359-3599 |
| 65002 | Dueppen, Lara | 310-788-3349 |
| 66636 | Dufresne, Andrew | 608-663-7460 |
| 66122 | Dunham, Nicole | 206-359-3042 |
| 71097 | Falcon, Linda | 206-359-8000 |
| 51696 | Fournier, David | 312-324-8643 |

| | | |
|---|---|---|
| 64379 | Fowler, Colin | 650-838-4725 |
| 74439 | Fuller, Thomas | 612-532-5484 |
| 77360 | Gallagher, Audrey | 312-263-5568 |
| 72737 | Glasunow, Allison | 206-359-3252 |
| 30176 | Glenn, Michael | 650-838-4495 |
| 74399 | Gober, Jacob | 206-359-3812 |
| L0992 | Goswami, Tathagata | -- |
| 51770 | Hamilton, Joseph | 310-788-9900 |
| 40355 | Hendricks, Donald | 831-656-0598 |
| 39222 | Henson, Michael | 303-291-2300 |
| 69424 | Hong, Han Saem | 206-359-3125 |
| 76043 | Hsu, Yang-Hsien | 206-359-8000 |
| L0770 | Hsu, Yang-Hsien | 206-359-8000 |
| 74962 | Huang, Jingyuan | 858-886-6694 |
| 33715 | Isacson, John Jr | 202-220-1200 |
| 74963 | Jackstadt, Daniel | 206-359-3175 |
| 71104 | Johnson, Anthony | 206-359-6230 |
| 70348 | Johnson, Benjamin | 949-721-7618 |
| 54627 | Kakarla, Bhaskar | 240-683-9579 |
| 71071 | Kantharia, Kevin | 858-720-5738 |
| 66252 | Kim, Yudong | 208-387-7583 |
| 43717 | Kinnear, Brian | 303-291-2300 |
| 54224 | Klassen, Karl | 206-359-8000 |
| 54227 | Ko, Cheng | 619-234-5000 |
| 41131 | Kung, Viola | 650-838-4457 |
| 66859 | Laney, David | 858-720-5718 |
| 38708 | Laub, David | 202-654-6280 |
| 37376 | Lawrenz, Steven | 206-583-8888 |
| 75609 | Levitian, Karina | 510-883-3606 |
| 66397 | Li, Yiheng | 206-359-3117 |
| 69525 | Liu, Ben | 510-862-8149 |
| 72316 | Millikan, Thomas | 858-449-8162 |
| 53351 | Morris, Patrick | 415-344-7105 |
| L0659 | Nama, Vinod | 650-838-4386 |
| 36878 | Ng, Chun | 206-359-800 |
| 44974 | Niebergall, Shane | 303-291-2300 |
| 31646 | Ohriner, Kenneth | 310-788-3267 |
| 38264 | Parker, Paul | 206-287-3258 |
| 63210 | Patariu, Kevin | 858-720-5726 |
| 72128 | Petrovic, Lena | 510-517-4228 |
| 71235 | Pettit, Andrew | 262-930-6363 |
| 33273 | Pirio, Maurice | 206-583-8548 |
| 54675 | Poledna, Aaron | 206--35-9-8000 |

| | | |
|---|---|---|
| 67639 | Prochnow, Courtney | 310-788-3284 |
| 63072 | Rasmussen, Laurie | 303-291-2384 |
| 72317 | Reid, Joseph | 858-720-5764 |
| 48511 | Ricigliano, Joseph | 202-654-6200 |
| 55595 | Sathe, Vinay | 858-720-5736 |
| 52196 | Schnurer, John | 858-720-5705 |
| 76519 | Schunter, Kristen | 650-838-4801 |
| 74453 | Smith, Ellen | 858-720-5700 |
| 56924 | St. John-Larkin, David | 303-291-2300 |
| 45138 | Strickland, Mark | 480-262-6882 |
| 67261 | Studulski, Steven | 408-597-8600 |
| 55663 | Tang, Yang | 858-720-5703 |
| 55937 | Tehranchi, Babak | 858-720-5734 |
| 71689 | Teichner, Caroline | 312-324-8400 |
| 75568 | Thatte, Gautam | 213-999-2054 |
| 52283 | Thomas, Julia | 650-868-9192 |
| 71985 | Thuo, Roque | 602-351-8000 |
| 34034 | Tullett, Rodney | 206-359-3304 |
| 67372 | Wang, Yingli | 310-788-3348 |
| 42216 | Wechkin, John | 206-359-3257 |
| 52354 | White, Brandon | 202-654-6200 |
| 47177 | Wikberg, Terrance | 202-654-6200 |
| 77516 | Williams, Matthew | 206-359-3343 |
| 34047 | Wise, Michael | 310-788-3210 |
| 37263 | Woolston, Robert | 206-359-3259 |
| 73078 | Yang, James | 202-654-6361 |

*If you need help:*
- Contact the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov (mailto:EBC@uspto.gov) for specific questions about Patent Application Information Retrieval (PAIR).
- If you experience technical difficulties or problems with PAIR outside normal Patent Electronic Business Center hours (M-F, 6AM to 12AM ET), please call 1 800-786-9199.
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) (http://www.uspto.gov/web/menu/feedback.html) .

(http://www.uspto.gov/)

BROWSE BY TOPIC

ABOUT THIS SITE

USPTO BACKGROUND

FEDERAL GOVERNMENT